UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
                                                              :

MALIBU MEDIA, LLC,

                                Civil Action No. 2:14-cv-01976-LDD

                   Plaintiff,

                   vs.

WILLIAM LEE,

                   Defendant.

---------------------------------------------------------------X

## **JOINT STATUS REPORT**

Pursuant to this Court's October 9, 2014 Scheduling Order ("Order"), Plaintiff Malibu Media, LLC, ("Plaintiff"), and Defendant William Lee, ("Defendant") through their counsel hereby files the following Status Report and states:

1.      Plaintiff and Defendant have been discussing settlement options over the course of the last few months.

2.      On October 9, 2014, via Electronic Mail, Defendant accepted Plaintiff's offer in the amount of $6,500.00.

3.      On October 10, 2014, Plaintiff delivered to Defendant, via Electronic Mail, a proposed settlement agreement so that Defendant may review and execute.

4.      On October 20, 2014, Plaintiff sent a written request, via Electronic Mail, for the Defendant to execute and return the Settlement Agreement.

5.      Plaintiff is currently waiting for the executed settlement agreement so that a Notice of Settlement may be filed with the Court.

Dated: October 22, 2014

Respectfully Submitted,

By: /s/ *Paul J. Nicoletti*                                    By: */s/ Michael J. Malloy*

Paul J. Nicoletti, Esq.                                        Michael J. Malloy, Esq.
Nicoletti Law, PLC                                             10 Veterans Square
33717 Woodward Ave, Ste. 433                                   Media, PA 19063
Birmingham, MI 48009                                           Tel: (610) 565-9145
Tel: (248) 203-7800                                            Fax: (610) 565-1602
Fax: (248) 928- 7051                                           E-mail: burrcat@msn.com
E-mail: pauljnicoletti@gmail.com                               *Attorney for Defendant, William Lee*
*Attorney for Plaintiff, Malibu Media, LLC*


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on October 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

.

                                                                    /s/ *Paul J. Nicoletti*